BRYAN SCHRODER
United States Attorney

RYAN D. TANSEY
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. **4:20-cr-00003-SAO** |
|---|---|
| Plaintiff, | ) <br> ) COUNT 1: |
| vs. | ) DRAINING PETROLEUM ON <br> ) PUBLIC LANDS |
| CODY J. ROBERTS, | )   Vio. of 43 U.S.C. § 1733(a) & 43 <br> ) C.F.R. § 8365.1-l(b)(3) |
| Defendant. | ) <br> ) |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

On or about the 18th day of January, 2018, at or near Fairbanks, in the District of Alaska, CODY J. ROBERTS did unlawfully drain a petroleum product, to wit, diesel fuel oil, from a tank in the bed of a pickup truck onto the ground on public land of the United

1

States, that is, a parking lot on the grounds of the Fairbanks District Office of the United States Bureau of Land Management.

All of which is in violation of Title 43, United States Code, Section 1733(a), and Title 43, Code of Federal Regulations, Section 8165.1-1(b)(3).

DATED this 24th day of June, 2020, at Fairbanks, Alaska.

BRIAN SCHRODER
United States Attorney


 s/ *Ryan D. Tansey*
RYAN D. TANSEY
Assistant United States Attorney
United States of America